

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TOMAS GUTIERREZ, | § | No. 08-19-00085-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 143rd District Court |
|  | § |  |
| MARY JANE RIOS, | § | of Reeves County, Texas |
|  | § |  |
| Appellee. | § | (TC# 17-05-21962-CVR) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 18, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 18, 2020.

IT IS SO ORDERED this 20th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.